IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JEFFERY ALLEN McCLELLAN,     )
                             )
     Plaintiff,              )
                             )      CIVIL ACTION NO.
     v.                      )        2:20cv306-MHT
                             )            (WO)
DR. TIMOTHY STONE,           )
                             )
     Defendant.              )
```

ORDER

It is ORDERED that:

(1) Plaintiff's motion for emergency injunction (doc. no. 5) is construed as containing both a motion for a temporary restraining order and a motion for preliminary injunction.

(2) The motion for temporary restraining order is denied.  The motion for preliminary injunction remains pending for consideration and recommendation by the United States Magistrate Judge.

DONE, this the 27th day of May, 2020.

                                        /s/ Myron H. Thompson  
                                    UNITED STATES DISTRICT JUDGE